IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STRINGER,<br><br>            Plaintiff,<br><br>   v.<br><br>JACOBS & SLAWSKY,<br><br>            Defendant.<br>_____/ | No. C 06-6299 SI<br><br>**ORDER RE: PLAINTIFF'S DECEMBER 27, 2006 FILING** |

By order filed November 27, 2006, the Court dismissed plaintiff's complaint without leave to amend. On December 27, 2006, plaintiff filed the following: (1) a document titled "Disabled Petitioner Seek Subpoenas Duces Tecum in Full Discovery Leading in the Demand for Jury Trial in Oral Discussion for Monetary Settlement Pursuant to Rule 38;" (2) a declaration in support of civil subpoena; and (3) an application for a waiver of fees and costs. (Docket Nos. 9 and 10).

The Court hereby informs plaintiff that this case is closed. **No further filings shall be accepted in this case.**

**IT IS SO ORDERED.**

Dated: January 8, 2007

_____
SUSAN ILLSTON
United States District Judge